## People of State of Illinois, Defendant in Error, v. Robert J. Carson, Plaintiff in Error.

Gen. No. 45,202.

Louis L. Gould and Stephen Lee, for plaintiff in error; John S. Boyle, State's Attorney, for defendant in error; John T. Gallagher, Rudolph L. Janega, Arthur F. Manning and John P. Reed, Assistant State's Attorneys, of counsel. Opinion by PRESIDING JUSTICE SCHWARTZ. Not to be published in full. Opinion filed December 5, 1950; released for publication December 28, 1950.

## Saul H. Rosensweig, Appellee, v. Christ Karras and William Karras, Appellants.

Gen. No. 44,955.

Hill &